454 A.2d 153

Commonwealth v. Garland, Appellant.

Petition for Allowance of Appeal
Denied March 4, 1983.

590

Submitted February 23, 1982. Abraham T. Needleman, for appellant; Mark S. Gurevitz, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and BECK, JJ.

Order affirmed.

SPAETH, J., concurred in the result.